# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**FILED**
OCT 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LISA ANN OSER )
Plaintiff(s) )
  )
vs. )  Case Number: 06-1272
  )
OAK STATE PRODUCTS INC )
Defendant(s) )

## MOTION FOR APPOINTMENT OF COUNSEL

I, LISA ANN OSER, declare that I am the (circle one) **(Plaintiff)** Defendant In the above-entitled proceeding and state that I am unable to afford the service an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in proceeding:

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my f status has changed and I have attached an amended Application to Proceed In Forma Pauperis to re current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-27-06

*Lisa Ann Oser*
Movant's Signature

226 S. Walnut St.
Street Address

Tolua IL 61369
City/State/Zip