RECEIVED
OCT 27 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LISA ANN OSER

_____
Plaintiff(s)

vs.                                    Case No: 06-1272

OAK STATE PRODUCTS INC.

_____
Defendant(s)

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.  PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

   A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

   [X] YES

   ( ) NO

   B. If your answer is YES, describe the EEOC proceeding:

      1. Parties to the previous EEOC proceeding:

         Petitioner(s) LISA A. OSER

Page 2

Respondent (s) OAK STATE PRODUCTS, INC.

_____

_____

2. Location of EEOC office that handled your charge 500 W. MADISON ST. SUITE 2800 CHICAGO, IL 60661

3. Docket or case number of your charge: 210-2005-04691

4. Disposition (what was the final result of your charge): THE COMMISSION HAS FOUND REASONABLE CAUSE TO BELIEVE THAT MY CHARGE OF EMPLOYMENT DISCRIMINATION IS TRUE BUT HAS NOT ENTERED INTO A CONCILIATION AGREEMENT TO WHICH I AM A PARTY, THE COMMISSION HAS DETERMINED THAT IS WILL BRING CIVIL ACTION AGAINST THE RESPONDENT

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

(X) YES

( ) NO

6. Date of filing charge before EEOC: MAY 9, 2005

7. Date of disposition by EEOC: JULY 31, 2006

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

( ) YES

(X) NO

Page 3

    B. If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
Plaintiff(s) or petitioner(s) _____

_____

_____

        Defendant(s) or respondent(s) _____

_____

_____

        2. Name of court or agency: _____

_____

_____

        3. Docket or case number: _____

        4. Name of the judge or hearing officer: _____

_____

        5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

_____

_____

_____

_____

        6. Date of beginning previous proceeding:_____

        7. Date of disposition of proceeding:_____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (X) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name **LISA ANN OSER**

        2. Your address **226 S. WALNUT ST. TOLUCA IL. 61369**

        3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): **N/A**

        (Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (X) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): **OAK STATE PRODUCTS INC.**

4

Page 5

    2. Business address: _PO BOX 549_ / _775 STATE ROUTE 251_
    _WENONA IL 61377_ / _WENONA IL. 61377_

    3. Job position (if individual) _N/A_

    4. Status as an entity (if defendant is a business firm):

        ( ) Corporation

        ( ) Partnership

        ( ) Sole Proprietorship

        ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

    5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_N/A_

(Use a separate sheet if necessary; label it clearly if so)

D.    Have you attached a separate sheet naming other defendants?

    ( ) YES

    (X) NO

5

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A. Were you:
- ( ) Not hired?
- (X) Discharged?
- ( ) Suspended?
- ( ) Demoted?
- ( ) Denied Promotion?
- ( ) Denied Wage Increases?
- (X) Other (please specify) __DENIED TRANSITIONAL DUTY__

    B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I WAS ON FMLA DUE TO MY PREGNANCY. ON OR ABOUT 3-18-05 I RECEIVED A LETTER FROM OAK STATE PRODUCTS INFORMING ME THAT MY FMLA WILL EXPIRE ON OR ABOUT 4-6-05 AND IF I DID NOT RETURN TO WORK BEFORE MY FMLA EXPIRED OR APPLY FOR A LEAVE OF ABSENTS FROM OAK STATE PRODUCTS, GOOD FOR EIGHT WEEKS I would BE TERMINATED.

I TALKED TO MY DOCTOR AND DUE TO THE FACT THAT THE LEAVE OF ABSENTS WOULD NOT COVER THE REMAINING WEEKS OF MY PREGANACY AND MATENITY LEAVE MY DOCTOR AGREED TO ALLOW ME TO RETURN TO WORK WITH RESTRICTIONS TOM GRUBB THE HUMAN RESOURCE MANAGER FOR OAK STATE PRODUCTS SAID I COULD NOT RETURN

DO NOT FEEL COMPELLED TO USE ALL THE SPACE. CONTINUED ON ATTACHED SHEET #6A

TO WORK WITH ANY RESTRICTIONS. TOM GRUBB WAS INFORMED THAT MY DOCTOR WOULD NOT REMOVE THE RESTRICTIONNS UNTIL I GAVE BIRTH AND MY SIX WEEKS MATERNITY LEAVE WAS UP. TOM GRUBB SAID HE WAS ALREADY AWARE OF THIS.

APPROXMATELY THREE TO FOUR WEEKS LATTER I RECEIVED A LETTER FROM OAK STATE PRODUCTS STATING THAT I HAD ABANDONED MY JOB AND THAT I WAS TERMINATED.

I BELIVE I WAS DISCRIMINATED AGAINST BECAUSE I WAS A PREGNANT FEMALE, I WAS DENIED TRANSITIONAL DUTY AND WRONGLY TERMINATED.

Page 7

V. **RELIEF YOU REQUEST**

Check below what you want the court to do for you. You may make as many checks as you like.

(X) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

( ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(X) Other COMPENSATORY and/or PUNITIVE DAMAGES RESTORATION OF LOST BENEFITS, INJUNCTIVE RELIEF + NOTICE TO EMPLOYEES OF THE VIOLATION + RESOLUTION OF THE CLAIM

VI. JURY DEMAND    (X) YES    ( ) NO

Signed this 27 day of Oct, 2006.

_Lisa Ann Oser_
(Signature of Plaintiff or Plaintiffs)

ADDRESS: 226 S. Walnut St
Toluca IL. 61369

PHONE NO.: (815) 452-1300

7



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

Lisa A. Oser
226 S. Walnut Street
Toluca, IL 61369

Re: Respondent: **Oak State Products**
EEOC Number: **210-2005-04691**

Dear Ms. Oser:

Attached please find Notice of Right to Sue issued on your behalf in the above referenced matter. The Commission's efforts to conciliate these matters with respondent have been unsuccessful. The Commission has determined that it will not bring a lawsuit against the respondent. By issuing the attached Notice of Right to Sue, the Commission is terminating its processing of your charge.

The attached Notice of Right to Sue entitles you to pursue private litigation concerning your allegations against respondent(s) within 90 days of your receipt of this letter. You may wish to retain a private attorney at this time. The Commission maintains a list of attorneys who have indicated an interest in pursuing cases involving employment discrimination. The list is attached for your convenience.

If you do file suit based on these Notices of Right to Sue, it is requested that you provide us with a copy of the complaints you file in court.

On behalf of the Commission:

July 31, 2002
Date

John P. Rowe
John P. Rowe
District Director

Enclosures

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE -- TITLE VII / ADA/ADEA
(Conciliation Failure)

To: Lisa A. Oser
226 S. Walnut Street
Toluca, IL 61369

From: Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, Illinois 60661

Certified Mail No.: 7001 0320 0005 9832 8011

☐ On behalf of a person aggrieved whose identity is CONFIDENTIAL
(29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2005-04691 | Tyrone Irvin, Enforcement Supervisor | (312) 353-0905 |

( See the additional information attached to this form )

The Commission has found reasonable cause to believe that your charge of employment discrimination is true but has not entered into a conciliation agreement to which you are a party because attempts to achieve such a voluntary settlement with respondent(s) have been unsuccessful.

The Commission has determined that it will not bring a civil action against the respondent(s) and accordingly is issuing this Notice of Right to Sue. With the issuance of this Notice the Commission terminates its process with respect to your charge, except that the Commission may seek status as intervenor if you decide to sue on your own behalf as described below.

If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) DAYS FROM YOUR RECEIPT OF THIS NOTICE OF RIGHT TO SUE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

Your suit may include any allegation contained in your charge of employment discrimination or any matter which was or should have been discovered by the Commission during its investigation of your charge.

_July 31, 2006_

On Behalf of the Commission

_John P. Rowe_
John P. Rowe, District Director

Enclosures
   Information sheet

   cc: Respondent(s)    Oak State Products Inc.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sarita Gaddis** and mailed to the address above or faxed to **(312) 353-4041.**

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* <u>Before filing a lawsuit,</u> but within 90 days of your receipt of the Right to Sue, or
* <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint reflecting the docket number.

If you are the Respondent you may be granted access to the file <u>only after</u> a lawsuit has been filed. Include with your request a copy of the first page of the court complaint reflecting an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Williams Lea (formerly Uniscribe), 300 West Adams, Suite 900, Chicago, Illinois, 60606-5101, (312) 279-5500.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, <u>it is recommended that you first review your file</u> to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service, <u>and you will be responsible for the cost.</u> Payment must be made directly to Williams Lea.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TTY: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
STATE & LOCAL FAX: (312) 353-4041
LEGAL FAX: (312) 353-8555

FILE REVIEWS FAX: (312) 353-4041
MEDIATION: (312) 353-6676
HEARINGS FAX: (312) 886-5391

CHARGE NUMBER    210-2005-04691

Lisa A. Oser                                              **Charging Party**
226 South Walnut Street
Toluca, Illinois 61369

Oak State Products, Inc.                                  **Respondent**
775 State Route 251
Wenona, Illinois 61377

## DETERMINATION

Under the authority vested in me by the Commissions Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended, (Title VII)

Respondent is an employer within the meaning of Title VII and requirements for coverage have been met.

Charging Party alleges that she was discriminated against based on her sex, female, (pregnancy), in that she was denied reinstatement after her FMLA expired, in violation of Title VII.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party because of her sex, female, in that she was discharged, in violation of Title VII. I have further determined that Respondent discriminated against a class of female employees, because of their sex, female (pregnancy), including Charging Party, in that they were denied transitional duty, in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26).

If the Respondent wishes to accept this invitation to participate in conciliation efforts, they may do so at this time by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims

Charge #210-2005-04691
page 2

whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by the Respondents to not engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondents have further questions regarding the conciliation process or the conciliation terms they would like to propose, we encourage them to contact the assigned Commission representative. Should there be no response from the Respondents in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On behalf of the Commission:

4/7/06
Date

John P. Rowe (TZ)
John P. Rowe
District Director

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 210-2005-04691 |

_____ and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| Ms. Lisa A. Oser | (815) 452-1300 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 226 Walnut Street Toluca, IL 61369 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| OAK STATE PRODUCTS INC | Unknown | (815) 853-4348 |

| Street Address | City, State and ZIP Code |
|---|---|
| P O Box 549, Wenona, IL 61377 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-04-2005   Latest: 04-04-2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have been employed at Respondent since July 2001. I work as a Packer. On or about April 4, 2005 I attempted to return to work from FMLA before its expiration a few days later, but Respondent refused to reinstate me. I was on FMLA leave due to my pregnancy. However, my physician stated that I could work, with restrictions until term of my pregnancy.

I believe I have been discriminated against because my sex, female (pregnancy), in violation of Title VII of the Civil Rights Act of 1964, as amended.

MAY 9 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5-3-05  *[signature: Lisa Ann Oser]*<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |