AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Lisa Ann Oser

V.

Oak State Products, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1272

TO: (Name and address of Defendant)

Oak State Products, Inc.
775 State Route 251
PO Box 549
Wenona, IL 61377

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                           10/31/06
CLERK                                        DATE

s/ T. Kelch
(By) DEPUTY CLERK