AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| FOR THE CENTRAL | DISTRICT OF | ILLINOIS PEORIA DIVISION |
|---|---|---|

LISA ANN OSER,

      Plaintiff,

v.

OAK STATE PRODUCTS, INC.,

      Defendant.

**APPEARANCE**

Case Number:  06-CV-1272

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    OAK STATE PRODUCTS, INC.

    I certify that I am admitted to practice in this court.

| 1/16/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Brian Paul | 6286839 |
|---|---|
| Print Name | Bar Number |

180 North Stetson, Suite 2000
Address

| Chicago, | Illinois | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 222-0800 | (312) 222-0818 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Lisa Ann Oser
> 226 S. Walnut Street
> Tuluca, Illinois 61369

> /s/ Brian P. Paul
> Attorney for Defendant
> Brian P. Paul, ARDC No. 6286839
> Michael, Best & Friedrich LLP
> 180 North Stetson Avenue, Suite 2000
> Chicago, Illinois 60601
> Phone: (312) 222-0800
> E-mail: bppaul@michaelbest.com