E-FILED
Tuesday, 16 January, 2007 04:38:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-CV-1272 |
| v. ) | |
| ) | Judge Michael M. Mihm |
| OAK STATE PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO VACATE ANY TECHNICAL DEFAULTS AND FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** the Defendant, Oak State Products Inc., ("Defendant"), by the undersigned attorney, and moves this Court for an order vacating any technical defaults and extending the time for Defendant to answer or otherwise plead to Plaintiff's Complaint. In support of its Motion, Defendant states as follows:

1. On October 27, 2006, Plaintiff filed this *pro se* lawsuit alleging sex discrimination and denial of transitional duty in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000(e).

2. On November 28, 2006, Defendant was served with Plaintiff's Complaint and Petition to Proceed In Forma Pauperis. Defendant was not, however, served with a Summons.

3. Without a Summons to indicate when it was required to answer or otherwise plead, Defendant was unaware of any such deadline.

4. On Friday, January 12, 2006, Defendant learned that it was due to answer or otherwise plead on December 18, 2006.

5. Defendant is willing to forego any argument it may have that it was not properly served and is willing to waive its right to a proper service of Summons, provided that any

technical defaults are vacated and Defendant is granted an additional 21 days, until February 6, 2007, to answer or otherwise plead to Plaintiff's Complaint.

6. The undersigned counsel filed his appearance on behalf of Defendant simultaneously with this motion.

7. Despite diligent efforts, Defendant's counsel have not had an opportunity to complete their investigation regarding the facts alleged in Plaintiff's Complaint and, therefore, required additional time to respond to the Complaint.

8. This Motion is brought in the interest of justice, not for the purposes of delay, and it is believed that Plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, for the foregoing reasons, Defendant, Oak State Products, Inc., respectfully requests that this Court enter an order vacating any and all technical defaults and granting Defendant until February 6, 2007 to answer or otherwise plead.

Dated: January 16, 2007

Respectfully submitted,

OAK STATE PRODUCTS, INC., Defendant

By: /s/ Brian P. Paul
One of its Attorneys

Brian P. Paul, ARDC No. 6286839
Michael, Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: bppaul@michaelbest.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the foregoing Defendant's Motion to Vacate any Technical Defaults and for Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Lisa Ann Oser
>226 S. Walnut Street
>Tuluca, Illinois 61369

>/s/ Brian P. Paul
>Attorney for Defendant
>Brian P. Paul, ARDC No. 6286839
>Michael, Best & Friedrich LLP
>180 North Stetson Avenue, Suite 2000
>Chicago, Illinois 60601
>Phone: (312) 222-0800
>E-mail: bppaul@michaelbest.com