E-FILED
Wednesday, 04 April, 2007 12:26:56 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

FILED
APR - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lisa Ann Oser
Plaintiff(s)

vs.

Oak State Products Inc.
Defendant(s)

Case Number: 06-CV-1272

## MOTION FOR APPOINTMENT OF COUNSEL

I, Lisa Ann Oser, declare that I am the (check appropriate box):
[X] Plaintiff  [ ] Defendant   In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: The lawyers I have went to talk to have wanted fees for the Retainer that I can not afford. Their were other lawyers that I called but wanted to much money for a consultation that I did not have.

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4-4-07

Lisa Ann Oser
Movant's Signature

226 S. Walnut St.
Street Address

Toluca IL. 61369
City/State/Zip

To whom it may concern,

I never graduated High School. Although I was in the twelveth grade the work I was doing was only a nineth grade level in most cases. I also was in special educational classes. I therefore do not think I have the ability or knowledge to represent myself in this case.

Sincerely,
Lisa Ann Orer

March 12, 2007

BENASSI & BENASSI, P.C.
Attorneys at Law

A. Lou Benassi
Patricia C. Benassi
Athena M. Herman

Ms. Lisa Oser
226 S. Walnut St.
Toluca, IL 61369

      Re:    *Lisa A. Oser v. Oak State Products*
              Case No. 06-1272

Dear Ms. Oser:

This is to confirm our conversation today during which I informed you that I am declining to represent you in your case currently pending in federal court. My pending trial schedule and workload prevent me from assuming any other cases at this time.

The following are the names, addresses and telephone numbers of attorneys in Springfield, Illinois who handle discrimination and civil rights cases.

    Mary Lee Leahy, Esq.        James P. Baker, Esq.
    Leahy Law Offices            Law Office of James P. Baker
    308 E. Canedy                 415 S. 7th St.
    Springfield, IL 62703        Springfield, IL 62701
    (217) 522-4411               (217) 522-3445

Both of these attorneys are highly qualified.

Enclosed is a copy of the EEOC investigative file of your charges and a bill for the copying charges. I would appreciate it if you would pay the enclosed bill as soon as possible.

Very truly yours,

Patricia C. Benassi

PCB/lam
Enclosures

# HUFF LAW OFFICES

7820 North University Street, Suite 103　　　　　　　　　Attorney Raymond L. Huff
Peoria, Illinois 61614
Telephone: (309) 689-3330
Facsimile:  (309) 692-3333

## POSTAL TRANSMITTAL SHEET

| | |
|---|---|
| to: LISA OSER | FROM: ATTORNEY RAYMOND L. HUFF |
| COMPANY: | DATE: 05/22/2006 |
| Street Address: 226 SOUTH WALNUT | CASE NAME: OSER V. OAK STATE PRODUCTS, INC. |
| CITY, STATE, ZIP: TOLUCA, ILLINOIS 61369 | CASE NUMBER: |
| Enclosures: CONTRACT FOR LEGAL SERVICES (2) | NO. PAGES: 5 PLUS REPLY ENV. |

__X__ FOR REVIEW   _X__ PLEASE PROMPTLY REMIT PAYMENT   _x___ PLEASE REPLY
__X__ PLEASE SIGN

DEAR DAVID AND LISA:

　　I REMIT FOR YOUR REVIEW, EXECUTION AND RETURN TO ME MY PROPOSED CONTRACT AND REPLY ENVELOPE. IF YOU FIND THE CONTRACTS ACCEPTABLE, PLEASE SIGN AND REMIT BOTH FOR MY COUNTER-SIGNATURE. PLEASE REMIT YOUR CHECK FOR THE RETAINER FEE OF $2,450. PLEASE CALL ME IF YOU HAVE QUESTIONS. NO SERVICES WILL BE PROVIDED PRIOR TO RETURN OF THE CONTRACT AND PAYMENT OF THE RETAINER. I WILL RETURN A FULLY-EXECUTED CONTRACT TO YOU FOR YOUR FILE. I THANK YOU FOR THE OPPORTUNITY TO VISIT WITH YOU. IF I HAVE NOT HEARD FROM YOU BY FRIDAY JUNE 16, 2006, I MUST ASSUME THAT YOU WILL NOT PURSUE YOUR CLAIMS.

YOURS TRULY,
RAYMOND L. HUFF

*Call me if you have questions.*