AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

FOR THE CENTRAL    DISTRICT OF    ILLINOIS PEORIA DIVISION

LISA ANN OSER,

    Plaintiff,

**APPEARANCE**

v.

Case Number: 06-CV-1272

OAK STATE PRODUCTS, INC.,

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    OAK STATE PRODUCTS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/13/2007 | *[signature]* |
| Date | Signature |
| | Kerryann M. Haase    6237232 |
| | Print Name    Bar Number |
| | Two Prudential Plaza, 180 N. Stetson Avenue, Suite 2000 |
| | Address |
| | Chicago    Illinois    60601 |
| | City    State    Zip Code |
| | (312) 222-0800    (312) 222-0818 |
| | Phone Number    Fax Number |

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Lisa Ann Oser
>226 S. Walnut Street
>Tuluca, Illinois  61369

>/s/ Kerryann M. Haase
>Attorney for Defendant
>Kerryann M. Haase ARDC No. 6237232
>Michael, Best & Friedrich LLP
>Two Prudential Plaza
>180 North Stetson Avenue, Suite 2000
>Chicago, Illinois 60601
>Phone: (312) 222-0800
>E-mail: kmhaase@michaelbest.com