AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

LISA ANN OSER,

    Plaintiff,

v.

OAK STATE PRODUCTS, INC.,

    Defendant.

**APPEARANCE**

Case Number: 06-CV-1272

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
LISA ANN OSER

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/16/2007 | [signature] |
| Date | Signature |
| | Nile J. Williamson     3029417 |
| | Print Name     Bar Number |
| | 1926 Associated Bank Plaza |
| | Address |
| | Peoria    IL    61602 |
| | City    State    Zip Code |
| | (309) 677-5950    (309) 677-5952 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify on <u>April 16, 2007</u>, I electronically filed the foregoing <u>Appearance</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following parties who are participants:

Kerryann M. Haase
Attorney for Defendant
Michael, Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
kmhaase@michaelbest.com

<u>s/Nile J. Williamson</u>
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, IL 61602-1104
TELEPHONE: (309) 677-5950
FACSIMILE: (309) 677-5952
E-MAIL: nilew@aol.com
NO. 3029417