UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LISA ANN OSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1272 |
| | ) | |
| OAK STATE PRODUCTS, INC. | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## CERTIFICATE OF COMPLIANCE FOR DISCOVERY

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 17th day of April, 2007.

**Plaintiff's Initial Rule 26 Disclosures**

TO: Kerryann M. Haase
Attorney for Defendant
180 N. Stetson Ave., Ste. 2000
Chicago, IL 61601

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON #3029417
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com