UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1272 |
| ) | |
| OAK STATE PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | JURY DEMAND |

## RULE 16 REPORT

Plaintiff, LISA ANN OSER ("Plaintiff"), by her attorney NILE J. WILLIAMSON, and the Defendant, OAK STATE PRODUCTS, INC. ("Oak State"), by its attorney, KERRYANN M. HAASE, for their report of their Rule 16(f) Planning Meeting state:

The parties will attempt to evaluate settlement possibilities as soon as possible. The parties further agree to submit the following schedule to the Court:

1. All amendments to pleadings will be filed by July 2, 2007.

2. All additional parties will be joined by July 2, 2007.

3. The parties will exchange by June 15, 2007 all information required by Federal Rule of Civil Procedure 26(a)(1).

4. The parties will exchange the following electronically stored information by November 2, 2007:

    a. any e-mails written by an Oak State employee regarding Plaintiff's termination;

    b. any e-mails written or received by Plaintiff regarding her termination;

    c. any Microsoft Word or other similar program files of the parties regarding Plaintiff's termination.

    d. any e-mails sent by or to the parties counsel are privileged and will not be produced.

    e.    any e-mails sent at the direction of the parties' counsel are privileged and will not be produced.

5.    The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects: liability and damages.

    b.    All discovery will be commenced in time to be completed by December 20, 2007.

    c.    Identification and reports from any retained experts under Rule 26(a)(2) will be due from the Plaintiff by February 4, 2008.

    d.    Identification and reports from any retained experts under Rule 26(a)(2) will be due from the Defendant by March 21, 2008.

6.    All dispositive motions will be filed by June 2, 2008.

7.    The parties propose the following for trial:

    a.    The parties' final pretrial order shall be filed at least 30 days after the dispositive motion ruling.

    b.    Request a trial setting of 2-3 days.

    Respectfully Submitted,

/s/ Nile J. Williamson  
Attorney for Plaintiff  
1926 Associated Bank Plaza  
Peoria, IL 61602  
Telephone: (309) 677-5950  
Fax: (309) 677-5952  
E-mail: nilew@aol.com

/s/ Kerryann M. Haase  
Attorney for Defendant  
180 N. Stetson Ave., Suite 2000  
Chicago, IL 60601  
Telephone: (12) 222-0800  
Fax: (312) 222-0818  
E-mail: kmhaase@michaelbest.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2007, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                          /s/ Maria E. Rivas