# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-1272 |
| | ) |
| OAK STATE PRODUCTS, INC. | ) |
| | ) |
| Defendant. | ) JURY DEMAND |

## CERTIFICATE OF COMPLIANCE FOR DISCOVERY

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 26th day of July, 2007.

1. **Plaintiff's Interrogatories to Defendant,**
2. **Plaintiff's Request to Produce, and**
3. **Plaintiff's Request for Admissions**

TO:   Kerryann M. Haase
      Attorney for Defendant
      180 N. Stetson Ave., Ste. 2000
      Chicago, IL 61601

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                              s/Nile J. Williamson
                              NILE J. WILLIAMSON #3029417
                              ATTORNEY AT LAW
                              1926 ASSOCIATED BANK PLAZA
                              PEORIA, ILLINOIS 61602
                              TELEPHONE: (309) 677-5950
                              FAX: (309) 677-5952
                              E-MAIL: nilew@aol.com