# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| LISA ANN OSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1272 |
| | ) | |
| OAK STATE PRODUCTS, INC. | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## CERTIFICATE OF COMPLIANCE FOR DISCOVERY

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 12th day of October, 2007.

**1. Plaintiff Oser's Answer to Oak State's First Set of Interrogatories**

TO:  Kerryann M. Haase
     Attorney for Defendant
     180 N. Stetson Ave., Ste. 2000
     Chicago, IL 61601

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 Associated Bank Plaza
Peoria, Illinois 61602
Telephone: (309) 677-5950
Facsimile: (309) 677-5952
nilew@aol.com
Reg. No. 3029417