## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 06-1272 |
| OAK STATE PRODUCTS, INC. | ) |
|     Defendant. | ) JURY DEMAND |

### CERTIFICATION OF COUNSEL

NOW COMES the Plaintiff, LISA ANN OSER, by her attorney, NILE J. WILLIAMSON, and certifies that the Plaintiff has, on this date, propounded to Defendant, OAK STATE PRODUCTS, INC:

### PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS OF FACT AND GENUINENESS OF DOCUMENTS

                LISA ANN OSER,
                Plaintiff

BY: s/Nile J. Williamson
      NILE J. WILLIAMSON
      ATTORNEY AT LAW
      1926 ASSOCIATED BANK PLAZA
      PEORIA, IL 61602-1104
      TELEPHONE: (309) 677-5950
      FACSIMILE: (309) 677-5952
      E-MAIL: nilew@aol.com
      NO. 3029417

## CERTIFICATE OF SERVICE

I hereby certify on <u>December 14, 2007</u>, I electronically filed the foregoing <u>Plaintiff's Second Request for Admissions of Fact And Genuineness of Documents</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following parties who are participants:

    Kerryann M. Haase
    Attorney for Defendant
    Michael, Best & Friedrich LLP
    Two Prudential Plazas
    180 North Stetson Avenue, Suite 2000
    Chicago, IL 60601
    kmhaase@michaelbest.com

    s/Nile J. Williamson
    NILE J. WILLIAMSON
    ATTORNEY AT LAW
    1926 ASSOCIATED BANK PLAZA
    PEORIA, IL 61602-1104
    TELEPHONE: (309) 677-5950
    FACSIMILE: (309) 677-5952
    E-MAIL: nilew@aol.com
    NO. 3029417