IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-CV-1272 |
| v. ) | |
| ) | Judge Michael M. Mihm |
| OAK STATE PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

### OAK STATE PRODUCTS, INC'S MOTION FOR AN EXTENSION OF TIME TO DEPOSE PLAINTIFF

**NOW COMES** the Defendant, Oak State Products, Inc., ("Oak State"), through its counsel Kerryann M. Haase and Brian P. Paul, and moves this Court for an order extending the time for Oak State to depose Plaintiff Lisa Oser ("Plaintiff). In support of its Motion, Oak State states as follows:

1. Discovery closed in this case on December 20, 2007. Dispositive Motions are due June 2, 2008.

2. Oak State began Plaintiff's deposition on December 13, 2007. However, on the morning of Plaintiff's deposition, Plaintiff's counsel explained that Plaintiff had worked the third shift the night before and had not slept prior to her deposition.

3. Approximately two and a half hours into Plaintiff's deposition, Plaintiff's counsel discontinued Plaintiff's deposition because Plaintiff was not able to continue giving testimony.

4. Plaintiff agreed to continue her deposition after discovery closed.

5. Oak State requests that this Court grant an extension of limited discovery to March 10, 2008 for the sole purpose of Oak State completing Plaintiff's deposition.

6. The parties will have ample time to file dispositive motions by June 2, 2008.

WHEREFORE, for the foregoing reasons, Defendant, Oak State Products, Inc., respectfully requests that this Court enter an order granting Oak State until March 10, 2008 to complete Plaintiff's deposition.

Dated: December 21, 2007

Respectfully submitted,

OAK STATE PRODUCTS, INC., Defendant

By: /s/ Brian P. Paul
One of its Attorneys

Brian P. Paul, ARDC No. 6286839
Michael, Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: bppaul@michaelbest.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the foregoing Defendant's Motion for an Extension of Time to Depose Plaintiff with the Clerk of the Court using the CM/ECF system:

/s/ Brian P. Paul
Attorney for Defendant
Brian P. Paul, ARDC No. 6286839
Michael, Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: bppaul@michaelbest.com