IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LISA ANN OSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-CV-1272 |
| v. | ) | |
| | ) | Judge Michael M. Mihm |
| OAK STATE PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Nile J. Williamson
Attorney At Law
1926 Associated Bank Plaza
Peoria, Illinois 61602

PLEASE TAKE NOTICE that on January 2, 2007 at _____ a.m., the undersigned will appear before Judge Michael M. Mihm in Courtroom A in the above-referenced Court, Peoria, Illinois, and then and there present the foregoing *Oak State Products, Inc.'s Motion for an Extension of Time to Depose Plaintiff*, copies of which are hereby served upon you.

Dated: December 21, 2007

Respectfully submitted,

Oak State Products, Inc., Defendant

By: /s/ Brian P. Paul
One of its Attorneys

Kerryann M. Haase
Brian P. Paul
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800