UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LISA ANN OSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-1272 |
| v. | ) | Jury Demand |
| | ) | Judge Michael M. Mihm |
| OAK STATE PRODUCTS, INC., | ) | Magistrate Judge John A. Gorman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:  Nile J. Williamson
     Attorney At Law
     1926 Associated Bank Plaza
     Peoria, Illinois  61602

**PLEASE TAKE NOTICE** that on the 14th day of January, 2008, we filed with the Central District of Illinois, Peoria Division, the **Certificate of Service for** *Defendant's Response To Plaintiff's Second Request For Admissions Of Fact And Genuineness Of Documents*, a copy of which is attached hereto and herewith served upon you.

Dated: January 14, 2008                    OAK STATE PRODUCTS, INC.


                                  By:   /s/ Brian P. Paul
                                        One of Its Attorneys

Daniel A. Kaufman
Kerryann M. Haase
Brian P. Paul
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois  60601
(312) 222-0800

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, certify that I caused **Oak State Products, Inc.'s Response To Plaintiff's Second Request For Admissions Of Fact And Genuineness Of Documents** to be served Federal Express on January 14, 2008 upon:

>Nile J. Williamson
>Attorney At Law
>1926 Associated Bank Plaza
>Peoria, Illinois 61602

A'dorn McGavock-West