# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-1272 |
| | ) |
| OAK STATE PRODUCTS, INC., | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

NOW COMES plaintiff, LISA ANN OSER, by her attorney, NILE J. WILLIAMSON, and moves the court as follows:

1. That the parties have reached a monetary settlement inclusive of attorney's fees and costs advanced without reinstatement. The settlement agreement has been reduced to writing, signed by the plaintiff and forwarded to defense counsel. The settlement agreement contains a confidentiality clause such that the same is not attached to this motion. The parties have agreed that the basis for dismissal of this cause will be an unopposed motion filed by the plaintiff and all matters have now been accomplished to conclude the case. The proposed order is attached to this motion.

WHEREFORE, plaintiff, Lisa Ann Oser, prays for an order of court dismissing the above captioned cause with prejudice, costs paid and cause of action satisfied.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com
NO. 3029417

**CERTIFICATE OF SERVICE**

I hereby certify on <u>May 8, 2008</u>, I electronically filed the foregoing <u>Plaintiff's ,unopposed motion to dismiss with prejudice,</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following parties who are participants:

Kerryann M. Haase
180 N. Stetson Ave., Suite 2000
Chicago, IL 60601
Telephone: (12) 222-0800
Fax: (312) 222-0818
E-mail: kmhaase@michaelbest.com

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
411 HAMILTON BLVD., STE 1926
PEORIA, IL 61602-1104
TELEPHONE: (309) 677-5950
FACSIMILE: (309) 677-5952
E-MAIL: nilew@aol.com
REG. NO. 3029417

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| LISA ANN OSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-1272 |
| | ) |
| OAK STATE PRODUCTS, INC., | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE COMING ON TO BE HEARD on plaintiff's unopposed motion to dismiss this cause with prejudice and the court being advised that the parties have reached a settlement and all matters have been concluded therein and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above captioned cause is dismissed with prejudice, costs paid and cause of action satisfied.

ENTERED THIS _____ DAY OF MAY, 2008.

_____
JUDGE MICHAEL MIHM