UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

MAY - 8 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA ANN OSER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-1272 |
| OAK STATE PRODUCTS, INC., a foreign corporation, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE COMING ON TO BE HEARD on plaintiff's unopposed motion to dismiss this cause with prejudice and the court being advised that the parties have reached a settlement and all matters have been concluded therein and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above captioned cause is dismissed with prejudice, costs paid and cause of action satisfied.

ENTERED THIS 8th DAY OF MAY, 2008.

s/ Michael M. Mihm

_____
JUDGE MICHAEL MIHM